No. 80–1305. ALFRED L. SNAPP & SON, INC., ET AL. *v.* PUERTO RICO EX REL. QUIROS, SECRETARY OF LABOR AND HUMAN RESOURCES. C. A. 4th Cir. [Certiorari granted, 454 U. S. 1079.] Motion of Migrant Legal Action Program, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 80–2146. FLORIDA *v.* ROYER. Dist. Ct. App. Fla., 3d Dist. [Certiorari granted, 454 U. S. 1079.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument granted, and five additional minutes allotted for that purpose. Respondent also allotted an additional five minutes for oral argument.

No. 81–184. UNITED STATES *v.* SECURITY INDUSTRIAL BANK ET AL. C. A. 10th Cir. [Probable jurisdiction noted, 454 U. S. 1122.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 81–334. ASSOCIATED GENERAL CONTRACTORS OF CALIFORNIA, INC. *v.* CALIFORNIA STATE COUNCIL OF CARPENTERS ET AL. C. A. 9th Cir. [Certiorari granted, 454 U. S. 1141.] Motion of the parties to dispense with printing the joint appendix granted.

No. 81–411. JACKSON TRANSIT AUTHORITY ET AL. *v.* LOCAL DIVISION 1285, AMALGAMATED TRANSIT UNION, AFL–CIO–CLC. C. A. 6th Cir. [Certiorari granted, 454 U. S. 1079.] Motion of Railway Labor Executives' Association for leave to file a brief as *amicus curiae* granted.

No. 81–430. ILLINOIS *v.* GATES ET UX. Sup. Ct. Ill. [Certiorari granted, 454 U. S. 1140.] Motion of petitioner for leave to amend or enlarge question presented for review denied.

No. 81–485. HILLSBORO NATIONAL BANK *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. [Certiorari granted, *ante,* p. 906.] Motion of the Solicitor General to dispense with printing the joint appendix granted.